IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

07 MAY -2 PM 3: 06

U.S. DISTRICT COURT
ERN DISTRICT OF OHIO
CLEVELAND

---

UNITED STATES OF AMERICA

                Plaintiff

-vs-

TIFFANY R. ARCHIE aka Tiffany R. Sales

                Defendant

CASE NO.  1:06 CR 432

ORDER ACCEPTING PLEA AGREEMENT
AND JUDGMENT AND NOTICE OF
HEARING

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Tiffany R. Archie which was referred to the Magistrate Judge with the consent of the parties.

    On 13 September 2006, the government filed a two-count indictment against Tiffany R. Archie aka Tiffany R. Sales for obstruction of justice and aiding and abetting, in violation of 18 U.S.C. Sections 1503 and 2, and making false statements, in violation of 18 U.S.C. Section 1001.  On 20 September 2006, a hearing was held in which Tiffany R. Archie entered a plea of not guilty before Magistrate Judge Kenneth S. McHargh.  On 11 April 2007, Magistrate Judge Vecchiarelli received Tiffany R. Archie's plea of guilty

and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Tiffany R. Archie is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Tiffany R. Archie aka Tiffany R. Sales is adjudged guilty of Count One in violation of 18 U.S.C. Sections 1503 and 2.

Sentencing will be:

> **2 July 2007 at 10:00 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 2 May 2007

UNITED STATES DISTRICT JUDGE